# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC. D/B/A ARIZONA KNIGHT TRANSPORTATION, INC.,<br><br>Respondent.<br>_____/ | Case No.  1:16-mc-00027-SKO<br><br>**ORDER TO SHOW CAUSE WHY THE EEOC'S SUBPOENA SHOULD NOT BE ENFORCED**<br><br>**Hearing Date:** June 29, 2016<br>**Time:** 9:30 a.m.<br>**Courtroom:** 7 |

Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for Order to Show Cause as to why its subpoena *duces tecum*, Subpoena No. 016-001 (the "Subpoena"), served on Respondent Knight Transportation, Inc. d/b/a Arizona Knight Transportation, Inc. ("Respondent") should not be enforced.  In its Application and supporting documents, the EEOC states that in February 2016, it served the Subpoena on Respondent pursuant to section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, in the investigation of a charge of discrimination filed by Susan E. Sanchez alleging sexual harassment and retaliation.  The EEOC further states that Respondent has not responded to the Subpoena.

Due to the service of the Subpoena and Respondent's failure to comply with the Subpoena, IT IS HEREBY ORDERED that:

1. Respondent appear on **June 29, 2016, at 9:30 a.m. in Courtroom 7**, Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA, before the Honorable U.S. Magistrate Judge Sheila K. Oberto, and show cause why Respondent should not be compelled to comply with the Subpoena No. 016-001 issued by the EEOC;

2. Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based **on or before June 1, 2016, and file a certificate of service with the Court**; and

3. Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause **on or before June 15, 2016**.

IT IS SO ORDERED.

Dated:   **April 26, 2016**                            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE