Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Juan Carlos Jauregui, CA SBN 280492
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2300 Tulare Street, Suite 215
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053
Email: juancarlos.jauregui@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
(Additional Counsel on Next Page)

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner.<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC. D/B/A ARIZONA KNIGHT TRANSPORTATION INC.,<br><br>Respondent. | NO. 1:16-mc-00027-SKO<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

STIPULATION AND
ORDER REGARDING CASE SCHEDULE          -1-
CASE NO. 1:16-CV-00027-SKO

1  Todd F. Carlson,
   General Counsel
2  Knight Transportation Inc.
   20002 North 19th Avenue
3  Phoenix, Arizona 85027
   Telephone: (602) 606-6684
4  Facsimile: (602) 606-6598
   Email: tcarlson@knighttrans.com
5
   Attorney for Respondent
6  Knight Transportation, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND
ORDER REGARDING CASE SCHEDULE        -2-
CASE NO. 1:16-CV-00027-SKO

1        WHEREAS, June 29, 2016 is the date currently set for a hearing for Respondent to appear before the Court and show cause why Respondent should not be compelled to comply with Subpoena No. 016-001 (Case Schedule Order, Dkt. No. 2);

         WHEREAS, June 15, 2016 is the date currently set for Respondent to file and serve its response to the EEOC's Application for an Order to Show Cause (Case Schedule Order, Dkt. No. 2);

         WHEREAS, the parties have agree to extend the hearing date and the deadline for Respondent to file and serve its response to the EEOC's Application for an Order to Show Cause; and

         WHEREAS, the parties agree it is appropriate to extend the hearing date and the response deadline set forth in the Case Schedule Order so there is sufficient time to for the parties to meet and confer on the production of documents requested by Subpoena No. 016-001.

         Therefore, the parties agree and stipulate as follows:

## I.  STIPULATION

The parties agree the Court should enter an order vacating the hearing date and the date for Respondent to file and serve its response to the EEOC's Application for an Order to Show Cause set forth in the Case Schedule Order (Dkt. No. 2).  The parties further agree the Court should enter an order requiring Respondent to file and serve its response to the EEOC's Application for an Order to Show Cause on or before July 15, 2016, and a hearing for Respondent to appear on July 29, 2016 before the Court and show cause why Respondent should not be compelled to comply with Subpoena No. 016-001.

/ / /

/ / /

/ / /

STIPULATION AND
ORDER REGARDING CASE SCHEDULE          -3-
CASE NO. 1:16-CV-00027-SKO

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED AND DATED this 15th day of June, 2016.

| U.S.EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | KNIGHT TRANSPORTATION, INC. D/B/A ARIZONA KNIGHT TRANSPORTATIO INC., |
|---|---|
| By: */s/ Juan Carlos Jauregui*<br>  Juan Carlos Jauregui,<br>  U.S. EQUAL EMPLOYMENT<br>  OPPORTUNITY COMMISSION<br>  2300 Tulare Street, Suite 215<br>  Fresno, CA  93721<br>  Telephone:  (559) 487-5135<br>  Facsimile:  (559) 487-5053<br>  Email: juancarlos.jauregui@eeoc.gov | By: */s/ Todd F. Carlson*<br>  Todd F. Carlson,<br>  General Counsel<br>  Knight Transportation Inc.<br>  20002 North 19th Avenue<br>  Phoenix, Arizona 85027<br>  Telephone:  (602) 606-6684<br>  Facsimile:  (602) 606-6598<br>  Email:  tcarlson@knighttrans.com |
| *Attorneys for Petitioner* | *Attorney for Respondent* |

## ORDER

Pursuant to the Court's Order entered April 27, 2016 (Doc. 2), Respondent's response to the EEOC's Application for an Order to Show Cause (Doc. 1) was due June 15, 2016, the same day on which the parties filed the present request for extension of time.  Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules").

Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." However, to allow more time for the parties to meet and confer on the production of documents requested by EEOC Subpoena No. 016-001, which may obviate the need for a hearing, the Court GRANTS in PART the parties' stipulated request to extend the time for Respondent to

1  respond to the EEOC's Application for an Order to Show Cause and to continue the hearing
2  date.

3      Accordingly, it is hereby ORDERED that Respondent's response to the EEOC's
4  Application for an Order to Show Cause (Doc. 2) shall be filed no later than **July 15, 2016**.
5  Respondent shall appear on **July 27, 2016, at 9:30 a.m. in Courtroom 7**, Robert E. Coyle
6  United States Courthouse located at 2500 Tulare Street, Fresno, CA, before the Honorable U.S.
7  Magistrate Judge Sheila K. Oberto, and show cause why Respondent should not be compelled
8  to comply with the Subpoena No. 016-001 issued by the EEOC.  Petitioner shall serve
9  Respondent with a copy of this Order on or before **July 1, 2016**, and shall file a certificate of
10 service with the Court within two business days of service.

11
12 IT IS SO ORDERED.

13 Dated:   **June 17, 2016**                                         /s/ *Sheila K. Oberto*
14                                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND
ORDER REGARDING CASE SCHEDULE        -5-
CASE NO. 1:16-CV-00027-SKO