ANNA Y. PARK, SBN 164242
SUE NOH, SBN 192134
RUMDUOL VUONG, 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

JUAN CARLOS JAUREGUI, SBN 280492
2300 Tulare Street, Suite 215
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br>v.<br><br>KNIGHT TRANSPORTATION, INC. D/B/A ARIZONA KNIGHT TRANSPORTATION, INC.,<br><br>Respondent. | Case No.: 1:16-mc-00027-SKO<br><br>**REQUEST FOR DISMISSAL OF PETITIONER EEOC'S APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED AND ORDER** |

TO THE HONORABLE MAGISTRATE JUDGE, DEFENDANT, AND THEIR ATTORNEYS OF RECORD:

Petitioner United States Equal Employment Opportunity Commission (the "EEOC") filed this action against Respondent Knight Transportation, Inc. d/b/a Arizona Knight Transportation,

1  Inc. ("Respondent") for enforcement of its administrative subpoena (Subpoena No. 016-001)
2  pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9.
3      On April 26, 2016, the Court issued Respondent an order to show cause.
4      On May 5, 2016, Plaintiff EEOC served this Court's order on Respondent.
5      On June 17, 2016, the Court granted the parties' stipulated request to extend the time for
6  Respondent to respond to the EEOC's Application for an Order to Show Cause and to continue
7  the hearing date.
8      On June 23, 2016, Plaintiff EEOC served Respondent with a copy of the Stipulation and
9  Order Regarding Case Schedule.
10      Thereafter, Respondent made efforts to resolve the subpoena dispute by producing the
11  documents requested by the EEOC in its administrative subpoena and which Respondent had
12  failed to produce prior to the EEOC's filing of this action.
13      As Respondent has now fully complied with the subpoena, the EEOC respectfully
14  requests dismissal of this subpoena enforcement action without prejudice.

Dated: July 20, 2016                                    Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park, Regional Attorney
Juan Carlos Jauregui, Trial Attorney

By:     /s/ *Juan Carlos Jauregui*
JUAN CARLOS JAUREGUI
Attorneys for Petitioner U.S. Equal
Employment Opportunity Commission

## **ORDER**

Pursuant to the request for dismissal filed by Petitioner, this case is hereby dismissed without prejudice.  The Clerk of Court shall administratively close this case.

IT IS SO ORDERED.

Dated:   **July 20, 2016**                               /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE